**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA  DIVISION**

UNITED STATES OF AMERICA

v.                                                                        CASE NO. 3:02cr95LAC

KELVIN BROOKS

_____/

**ORDER**

Defendant, pursuant to 18 U.S.C. §3582(c)(2), seeks a reduction of imprisonment (doc 217) noting that his applicable guideline range has been subsequently lowered.  The Court agrees in part and reduces defendant's sentence on Count 3 only to 157 months still to run concurrent with the sentence of 240 months previously imposed on Count 1.  Defendant now has a reduced amended offense level of 29 vice 31 and an amended guideline range of 140 to 175 months.

However, the mandatory minimum sentence applicable to Count 1 was at the time of original sentencing, and is still today, Life.  Based upon a Rule 35 motion filed by the Government, the Court previously determined that a reduced 240 month sentence was reasonable given defendant's cooperation and the circumstances of the case.  240 months is still the appropriate sentence on Count 1 and will remain unchanged.

Except as provided above, all provisions of the judgment dated the 22nd day of June 2004 shall remain in effect.

**ORDERED** this 26th day of August, 2008.

s/*L.A. Collier*

LACEY A. COLLIER
Senior United States District Judge